Joseph Varona
Florida Bar No: 119812
E-mail:jv@plgdamage.com
PLG Damage Attorneys
2750 SW 145th Ave
Miramar, FL 33027
Phone: 305-506-4746
COUNSEL FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **NATHALIE SALCEDO**,<br><br>Plaintiff,<br>vs.<br><br>**OFFICE DEPOT, LLC**,<br><br>Defendant. | Case No.:<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY DEMAND** |

## CLASS ACTION COMPLAINT

Plaintiff **NATHALIE SALCEDO** ("Plaintiff") brings this class action against **OFFICE DEPOT, LLC** ("Defendant") and alleges as follows upon personal knowledge as to Plaintiff and Plaintiff's own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by Plaintiff's attorneys.

## NATURE OF THE ACTION

1. This is a putative class action pursuant to the Telephone Consumer Protection Act, 47 U.S.C. §§ 227, *et seq*. (the "TCPA").

2. To promote its goods, services, and/or properties, Defendant engages in unsolicited text messaging and continues to text message consumers after they have opted out of Defendant's solicitations. Defendant also engages in telemarketing without the required policies and procedures, and training of its personnel engaged in telemarketing.

3. Through this action, Plaintiff seeks injunctive relief to halt Defendant's unlawful conduct, which has resulted in the intrusion upon seclusion, invasion of privacy, harassment, aggravation, and disruption of the daily life of Plaintiff and the Class members. Plaintiff also seeks statutory damages on behalf of Plaintiff and members of the Class, and any other available legal or equitable remedies.

## JURISDICTION AND VENUE

4. This Court has federal question subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, as the action arises under the TCPA.

5. The Court has personal jurisdiction over Defendant and venue is proper in this District because Defendant directs, markets, and provides its business activities to this District, and because Defendant's unauthorized marketing scheme was directed by Defendant to consumers in this District. Additionally, Plaintiff's telephone number has an area code that specifically coincides with locations in Florida.

## PARTIES

6. Plaintiff is a natural person entitled to bring this action under the TCPA, and a citizen and resident of Fort Lauderdale, Florida.

7. Defendant is a Virginia Limited Liability Company with its headquarters located in 4701 Cox Rd Ste 285, GLEN ALLEN, VA, 23060 - 6808, USA.

8. Unless otherwise indicated, the use of Defendant's name in this Complaint includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, vendors, and insurers of Defendant.

## FACTS

9. On or about May 9, 2026, at 10:13PM, Plaintiff requested to opt-out of Defendant's text messages by replying with a stop instruction as reflected by the following screenshot:




10. Defendant ignored Plaintiff's request and continued text messaging Plaintiff, as demonstrated by the above screenshot and the following screenshot:


9:39
33768
Tue, May 12 at 2:20 PM
Office Depot: Members get 15% Back in Bonus Rewards on all Ink and Toner. Buy online for delivery or store pickup. Join: odp.biz/ITNR Text STOP to opt out
Tue, May 19 at 2:15 PM
Office Depot: Rewards Members! 15% back in Bonus Rewards on all Ink and Toner. Buy online for delivery or store pickup. Join: odp.biz/ITNR Text STOP to opt out
Tue, May 26 at 2:22 PM
Office Depot: Paper Stock-Up SALE! Just $39.99 for a 10-ream case. Buy online, pick up in store. odp.biz/paper1 Text STOP to opt out
Thu, May 28 at 4:08 PM
Office Depot: It's BOGO time! B1G1 50% off Sharpie, Paper Mate, EXPO, Parker
Text Message • SMS


2:05
385
33768
Tue, Jul 7 at 2:08 PM
Office Depot: Paper deal alert! Just $41.99 for a 10-ream case. Buy online, pick up in store. odp.biz/paper1 Text STOP to opt out
Thu, Jul 9 at 2:41 PM
Office Depot: Back-to-school shopping made easy. 100s of School Supplies Under $3: Folders, Markers, Glue and more! odp.biz/schoolsupplies Text STOP to opt out
Tue, Jul 14 at 2:27 PM
Office Depot: Recycle any PC accessory and get a coupon for 20% off ANY regularly priced Logitech PC accessory. In store only. odp.biz/LOGI Text STOP to opt out
Thu, Jul 16 at 2:27 PM
Office Depot: SCHOOL SAVINGS! Save Up to 25% off
Text Message • SMS
Text STOP to opt out


2:05
385
33768
Wed, Jul 29 at 2:04 PM
Office Depot: BOGO Deals! BOGO 50% off Sharpie, Paper Mate, EXPO, Parker, Prismacolor and more. odp.biz/BOGO Text STOP to opt out
Thu, Jul 30 at 2:28 PM
Office Depot: NEW LOW PRICES on furniture & seating. Plus save 5% on select furniture when buy online for store pickup. odp.biz/FURN3 Text STOP to opt out
Fri, Jul 31 at 1:06 PM
Office Depot: Only $98! TI-84 Plus CE or EVO Graphing Calculator with $100 qualifying purchase, or $129.99 without. Exp 9/19 odp.biz/CALC Text STOP to opt out
Tue, Aug 4 at 2:12 PM
Text Message • SMS


2:05
385
33768
Mon, Aug 24 at 2:37 PM
Office Depot: Buy One, Get One 50% Off - It's That Simple! Sharpie, Paper Mate, EXPO, Parker, Dymo Tape and more. odp.biz/BOGO2 Text STOP to opt out
Wed, Aug 26 at 2:16 PM
Office Depot: Back-to-School Savings! School supplies starting at just 25 cents. Folders, crayons and more! odp.biz/schoolsupplies Text STOP to opt out
Tue, Sep 1 at 1:23 PM
Office Depot: Load Up Your Child's Backpack for Less! School Supplies Starting at 25 Cents! odp.biz/schoolsupplies25 Text STOP to opt out
Tue, Sep 8 at 2:10 PM
Office Depot: Hot Deal! Boise X-9 10-ream case 2 for $80
Text Message • SMS
BOISE2480 Text STOP to opt


2:05
385
33768
Fri, Jul 31 at 1:06 PM
Office Depot: Only $98! TI-84 Plus CE or EVO Graphing Calculator with $100 qualifying purchase, or $129.99 without. Exp 9/19 odp.biz/CALC Text STOP to opt out
Tue, Aug 4 at 2:12 PM
Office Depot: Back-to-School Savings! School supplies starting at just 25 cents. Folders, crayons and more! odp.biz/schoolsupplies Text STOP to opt out
Wed, Aug 5 at 2:24 PM
Office Depot: NEW LOW PRICES on furniture & chairs. Plus save 5% on select furniture when buy online for store pickup. odp.biz/FURN3 Text STOP to opt out
Thu, Aug 6 at 1:43 PM
Office Depot: HOT BOGO
Text Message • SMS
Dymo Tape and more. odp.biz/


2:05
385
33768
Fri, Aug 14 at 2:08 PM
Office Depot: Buy One Get One 50% off! Scotch, Scotch-Brite, Post-It, Command & 3M Claw brand products. Exp 9/26/26. odp.biz/3M Text STOP to opt out
Tue, Aug 18 at 8:08 AM
Office Depot: NEW LOW PRICES on furniture & chairs. Plus save 5% on select furniture when you buy online for store pickup. odp.biz/FURN3 Text STOP to opt out
Wed, Aug 19 at 2:04 PM
Office Depot: Don't miss this! BOGO 50% OFF décor & learning tools. Flash cards, desk pets, treasure chest prizes & more. odp.biz/CLASS Text STOP to opt out
Mon, Aug 24 at 2:37 PM
Office Depot: Buy One, Get One 50% Off - It's That
Text Message • SMS
more. odp.biz/BOGO2 Text


9:39
33768
Thu, May 28 at 4:08 PM
Office Depot: It's BOGO time! B1G1 50% off Sharpie, Paper Mate, EXPO, Parker, Prismacolor and more. odp.biz/BOGO Text STOP to opt out
Tue, Jun 2 at 3:43 PM
Office Depot: Our Free In-Store Pickup got even faster. Order online, now ready in just 10 mins! Excludes Print Services. odp.biz/BOPIS Text STOP to opt out
Thu, Jun 4 at 2:06 PM
Office Depot: Time for BOGO savings! B1G1 50% off Sharpie, Paper Mate, EXPO, Parker, Prismacolor and more. odp.biz/BOGO Text STOP to opt out
Tue, Jun 9 at 2:14 PM
Office Depot: Paper Stock-Up
Text Message • SMS


2:04
385
33768
Thu, Jun 25 at 2:33 PM
Office Depot: It's BOGO time! B1G1 50% off Sharpie, Paper Mate, EXPO, Parker, Prismacolor and more. odp.biz/BOGO Text STOP to opt out
Tue, Jun 30 at 2:33 PM
Office Depot: Recycle any PC accessory and get a coupon for 20% off ANY regularly priced Logitech PC accessory. In store only. odp.biz/LOGI Text STOP to opt out
Thu, Jul 2 at 2:20 PM
Office Depot: Back-to-school shopping made easy. 100s of School Supplies Under $3: Folders, Markers, Glue and more! odp.biz/schoolsupplies Text STOP to opt out
Tue, Jul 7 at 2:08 PM
Office Depot: Paper deal alert!
Text Message • SMS


2:05
385
33768
Tue, Sep 8 at 2:10 PM
Office Depot: Hot Deal! Boise X-9 10-ream case, 2 for $80 for delivery or buy online, pick up in store. odp.biz/BOISE2480 Text STOP to opt out
Wed, Sep 9 at 2:45 PM
Office Depot: Buy One, Get One 50% Off - It's That Simple! Sharpie, Paper Mate, EXPO, Parker, Dymo Tape and more. odp.biz/BOGO5 Text STOP to opt out
Tue, Sep 15 at 1:30 PM
Office Depot: LOOK! Boise X-9 10-ream case, 2 for $80 for delivery or buy online, pick up in store. Exp. 9/17/26 odp.biz/BOISE2480 Text STOP to opt out
Tue, Sep 22 at 2:10 PM
Office Depot: New Low Prices


2:05
385
33768
Tue, Sep 22 at 2:10 PM
Office Depot: New Low Prices on furniture & seating. Plus save 5% on select furniture when you buy online, pick up in store. odp.biz/FURN Text STOP to opt out
Tue, Sep 29 at 2:20 PM
Office Depot: HOT Deal! Uniball pens are BOGO 40% off. Exp 10/24/26 odp.biz/UNIBALL Text STOP to opt out
Monday 1:07 PM
Office Depot: 40% in Bonus rewards on ALL ink & toner for rewards members! Buy online for store pickup. Membership is FREE. odp.biz/INK40 Text STOP to opt out
If you did not expect this message from an unknown sender, it may be spam.
Report Spam
Text Message • SMS


2:05
385
33768
Thu, Jul 16 at 2:27 PM
Office Depot: SCHOOL SAVINGS! Save Up to 25% off School Backpacks, Lunch, and Hydration. odp.biz/backpacks Text STOP to opt out
Tue, Jul 21 at 3:04 PM
Office Depot: It's BOGO time! B1G1 50% off Sharpie, Paper Mate, EXPO, Parker, Prismacolor and more. odp.biz/BOGO Text STOP to opt out
Thu, Jul 23 at 1:16 PM
Office Depot: Easy back-to-school savings: 100s of school supplies under $3 like folders, markers, glue and more! odp.biz/schoolsupplies Text STOP to opt out
Wed, Jul 29 at 2:04 PM
Office Depot: BOGO Deals! BOGO 50% off Sharpie, Paper
Text Message • SMS
odp.biz/BOGO Text STOP to


2:05
385
33768
Thu, Aug 6 at 1:43 PM
Office Depot: HOT BOGO Deals! BOGO 50% off Sharpie, Paper Mate, EXPO, Parker, Dymo Tape and more. odp.biz/BOGO Text STOP to opt out
Mon, Aug 10 at 1:41 PM
Office Depot: HOT PAPER! Just $43.99 for Boise X-9 10-ream case when you buy online, pick up in store or $48.99 for delivery. odp.biz/BOISE Text STOP to opt out
Wed, Aug 12 at 1:44 PM
Office Depot: Back-to-School Delight! School supplies starting at just 25 cents. Folders and more! odp.biz/schoolsupplies Text STOP to opt out
Fri, Aug 14 at 2:08 PM
Office Depot: Buy One Get One 50% off! Scotch, Scotch-
Text Message • SMS




11. As demonstrated by the above screenshots, the purpose of Defendant's text messages was to solicit the sale of consumer goods, services, and/or properties.

12. As demonstrated by the above screenshots, the purpose of Defendant's text messages was to advertise, promote, and/or market Defendant's goods, services, and/or properties.

13. As demonstrated by the above screenshots, Defendant does not honor consumer requests to opt-out of text message solicitations. Indeed, Plaintiff attempted to opt-out of Defendant's text message solicitations by telling Defendant not to contact them anymore, but Defendant continued to text message Plaintiff.

14. Defendant's refusal to honor Plaintiff's opt-out requests demonstrates that Defendant has not instituted procedures for maintaining a list of persons who request not to receive

text messages from Defendant. The precise details regarding its lack of requisite policies and procedures are solely within Defendant's knowledge and control.

15. Defendant's refusal to honor Plaintiff's opt-out requests demonstrates that Defendant does not provide training to its personnel engaged in telemarketing. The precise details regarding its lack of training are solely within Defendant's knowledge and control.

16. Defendant's refusal to honor Plaintiff's opt-out requests demonstrates that Defendant does not maintain a standalone do-not-call list. The precise details regarding its lack of training are solely within Defendant's knowledge and control.

17. Defendant did not maintain the required procedures for handling and processing opt-out requests prior to the initiation of the violative text messages it sent to Plaintiff as reflected by the fact that Plaintiff made an opt-out request and that request was never processed; it was ignored by Defendant and its employees and Defendant continued to send text messages.

18. Defendant sent at least two solicitations after Plaintiff's first opt-out request.

19. Plaintiff is the regular user of the telephone number that received the above text message solicitations.

20. Plaintiff utilizes the cellular telephone that received Defendant's texts messages for personal purposes and the number is Plaintiff's residential telephone line.

21. Upon information and belief, Defendant has access to outbound transmission reports for all text messages sent advertising/promoting its services and goods. These reports show the dates, times, target telephone numbers, and content of each message sent to Plaintiff and the Class members. Defendant also has access to text message logs showing Plaintiff's and the Class members' inbound opt-out requests.

22. Defendant's text messages caused Plaintiff and the Class members harm, including

statutory damages, inconvenience, invasion of privacy, aggravation, annoyance, and violation of their statutory privacy rights.

## CLASS ALLEGATIONS

### PROPOSED CLASS

23. Plaintiff brings this case as a class action pursuant to Fed. R. Civ. P. 23, on behalf of Plaintiff and all others similarly situated.

24. Plaintiff brings this case on behalf of the Class defined as follows:

> **All persons within the United States who, within the four years prior to the filing of this lawsuit through the date of class certification, received two or more text messages within any 12-month period, from or on behalf of Defendant, regarding Defendant's goods, services, or properties, to said person's residential cellular telephone number, *after* communicating to Defendant that they did not wish to receive text messages by replying to the messages with a "stop" or similar opt-out instruction.**

25. Plaintiff reserves the right to modify the Class definitions as warranted as facts are learned in further investigation and discovery.

26. Defendant and its employees or agents are excluded from the Class.

### NUMEROSITY

27. Plaintiff does not know the exact number of members of the Class but is informed and believes that there are at least 50 individuals that fall within the class definition given Defendant's use of automated robotexts to solicit consumers and refusal to honor stop requests. The members of the Class, therefore, are believed to be so numerous that joinder of all members is impracticable.

28. The exact number and identities of the members of the Class are unknown at this time and can only be ascertained through discovery. Identification of the Class members is a matter capable of ministerial determination from Defendant's call records.

**Common Questions of Law and Fact**

29. There are numerous questions of law and fact common to members of the Class which predominate over any questions affecting only individual members of the Class. Among the questions of law and fact common to the members of the Class are:

a. Whether Defendant sent text messages to Plaintiff and the Class members;

b. Whether Defendant continued to send text message solicitations after opt-out requests;

c. Whether Defendant failed to honor Plaintiff's and the Class members' opt-out requests;

d. Whether Defendant implemented the requisite training of personnel under section 64.1200;

e. Whether Defendant maintains an internal do-not-call list and instructs its employees on how to use the list;

f. Whether Defendant maintains the required policies and procedures under section 64.1200; and

g. Whether Defendant is liable for damages, and the amount of such damages.

30. The common questions in this case are capable of having common answers, and Plaintiff and the Class members will have identical claims capable of being efficiently adjudicated and administered in this case.

**TYPICALITY**

31. Plaintiff's claims are typical of the claims of the Class members, as they are all based on the same factual and legal theories.

**PROTECTING THE INTERESTS OF THE CLASS MEMBERS**

32. Plaintiff is a representative who will fully and adequately assert and protect the interests of the Class, and has retained competent counsel. Accordingly, Plaintiff is an adequate

representative and will fairly and adequately protect the interests of the Class.

**PROCEEDING VIA CLASS ACTION IS SUPERIOR AND ADVISABLE**

33. A class action is superior to all other available methods for the fair and efficient adjudication of this lawsuit, because individual litigation of the claims of all members of the Class is economically unfeasible and procedurally impracticable. While the aggregate damages sustained by the Class are in the millions of dollars, the individual damages incurred by each member of the Class resulting from Defendant's wrongful conduct are too small to warrant the expense of individual lawsuits. The likelihood of individual Class members prosecuting their own separate claims is remote, and, even if every member of the Class could afford individual litigation, the court system would be unduly burdened by individual litigation of such cases.

34. The prosecution of separate actions by members of the Class would create a risk of establishing inconsistent rulings and/or incompatible standards of conduct for Defendant. For example, one court might enjoin Defendant from performing the challenged acts, whereas another may not. Additionally, individual actions may be dispositive of the interests of the Class, although certain class members are not parties to such actions.

**COUNT I**
**VIOLATION OF 47 U.S.C. § 227(c) and 47 C.F.R. § 64.1200(d)**

**(On Behalf of Plaintiff and the Class)**

35. Plaintiff re-alleges and incorporates the foregoing allegations set forth in paragraphs 1 through 34 as if fully set forth herein.

36. In pertinent part, 47 C.F.R. § 64.1200(d) provides:

> No person or entity shall initiate any call for telemarketing purposes to a residential telephone subscriber unless such person or entity has instituted procedures for maintaining a list of persons who request not to receive telemarketing calls made by or on behalf of that person or entity. The procedures instituted must meet the following minimum standards:
>
> (1) *Written policy*. Persons or entities making calls for telemarketing purposes must have a written policy, available upon demand, for maintaining a do-not-call list.
>
> (2) *Training of personnel engaged in telemarketing*. Personnel engaged in any aspect of telemarketing must be informed and trained in the existence and use of the do-not-call list.
>
> (3) *Recording, disclosure of do-not-call requests.* If a person or entity making a call for telemarketing purposes (or on whose behalf such a call is made) receives a request from a residential telephone subscriber not to receive calls from that person or entity, the person or entity must record the request and place the subscriber's name, if provided, and telephone number on the do-not-call list at the time the request is made. Persons or entities making calls for telemarketing purposes (or on whose behalf such calls are made) must honor a residential subscriber's do-not-call request within a reasonable time from the date such request is made. This period may not exceed thirty days from the date of such request. If such requests are recorded or maintained by a party other than the person or entity on whose behalf the telemarketing call is made, the person or entity on whose behalf the telemarketing call is made will be liable for any failures to honor the do-not-call request. A person or entity making a call for telemarketing purposes must obtain a consumer's prior express permission to share or forward the consumer's request not to be called to a party other than the person or entity on whose behalf a telemarketing call is made or an affiliated entity.

37. Under 47 C.F.R § 64.1200(e), the rules set forth in 47 C.F.R. § 64.1200(d) are applicable to any person or entity making telephone solicitations or telemarketing calls to wireless

telephone numbers.

38. Plaintiff and the Class Members are residential telephone subscribers who received more than one text message made for purposes of telemarketing or solicitation purposes from Defendant, who has failed to implement the requisite procedures and personnel training as demonstrated by its failure to honor opt-out requests.

39. Plaintiff and the Class members made requests to Defendant not to receive texts from Defendant.

40. Plaintiff and the Class Members revoked any consent they may have provided Defendant by responding with "stop" or similar opt-out instructions.

41. Defendant continued to text message Plaintiff and the Class Members to harass them into making purchases from Defendant.

42. Defendant failed to honor Plaintiff's and the Class members' opt-out requests.

43. Defendant's refusal to honor opt-out requests is indicative of Defendant's failure to implement a written policy for maintaining a do-not-call list and to train its personnel engaged in telemarketing on the existence and use of the do-not-call-list.

44. Plaintiff and the Class members are informed and believe that Defendant has not instituted procedures for maintaining a list of persons who request not to receive telemarketing calls or text messages.

45. Plaintiff and the Class members are informed and believe that Defendant does not have a written policy, available upon demand, for maintaining a do-not-call list.

46. Plaintiff and the Class members are informed and believe that Defendant does not train its personnel engaged in any aspect of telemarketing in the existence and use of the do-not-call list.

47. The details and specific facts regarding Defendant's failure to maintain the required policies and procedures, as well as personnel training, are solely within Defendant's knowledge and possession.

48. Defendant has violated 47 C.F.R. § 64.1200(d) by failing to honor opt-out requests, failing to maintain the required policies and procedures, and failing to train its personnel engaged in telemarketing.

49. Pursuant to section 227(c)(5) of the TCPA, Plaintiff and the Class members are entitled to an award of $500.00 in statutory damages, for each and every negligent violation.

50. As a result of Defendant's knowing or willful conduct, Plaintiff and the Class members are entitled to an award of $1,500.00 in statutory damages per violation.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff, individually and on behalf of the Class, prays for the following relief:

a) An order certifying this case as a class action on behalf of the Class as defined above, and appointing Plaintiff as the representative of the Class and Plaintiff's counsel as Class Counsel;

b) An award of statutory damages for Plaintiff and each member of the Class as applicable under the TCPA;

c) An order declaring that Defendant's actions, as set out above, violate the TCPA;

d) An injunction requiring Defendant to comply with 47 C.F.R. § 64.1200(d) by (1) maintaining the required written policies; (2) providing training to their personnel engaged in telemarketing; and (3) maintaining a do-not-call list; and

e) Such further and other relief as the Court deems necessary.

## JURY DEMAND

Plaintiff hereby demands a trial by jury.

## DOCUMENT PRESERVATION DEMAND

Plaintiff demands that Defendant take affirmative steps to preserve all records, lists, electronic databases or other itemization of telephone numbers associated with Defendant and the calls as alleged herein.

Dated: October 21, 2026

Respectfully Submitted,

/s/ Joseph Varona

**Joseph Varona, ESQ.**
Florida Bar No.: 119812
E-mail: jv@plgdamage.com
PLG Damage Attorneys
2750 SW 145th Avenue
Suite 509
Miramar, Florida 33027

*COUNSEL FOR PLAINTIFF*